IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:20-cr-7-KRG-KAP-3 |
| KIERSTON BELL, | : |
| Defendant | : |

<u>Memorandum Order</u>

After this afternoon's status conference, and in light of the defendant's release from an in-patient program to an out-patient program in Phillipsburg, PA, the amended release order previously entered in this matter at ECF no. 390 is reinstated, with the amendments at subsection 7 (o) that she shall faithfully continue with outpatient drug and alcohol treatment at the program previously proposed to Pretrial Services, and at subsection 7(f) that she reside at the residence previously approved by Pretrial Services. Any changes or anticipated changes in residence or treatment program shall be disclosed to Pretrial Services.

DATE: January 10, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, Pretrial Services, United States Marshal Service